UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

ANY AND ALL FUNDS IN ACCOUNT
NOS. 0720002445, et al.,

            Defendants-in-Rem,

------------------------------------------------------X

05 Cv. 9105 (WHP)

**CLAIM**

      ANA I. ALMONTE states that she has an ownership interest in the defendant properties identified in the Verified Complaint dated October 25, 2005.

      ANA I. ALMONTE hereby makes claim to these defendant properties, demands their restitution, and asserts the right to defend this action.

Dated:    New York, New York
           November 18, 2005

                                                          */s/ Ana Almonte*
                                                          ANA I. ALMONTE

## VERIFICATION

ANA I. ALMONTE, being duly sworn, deposes and says:

I am a claimant in the action herein. I have read the foregoing claim, know the contents thereof, and the same are true to my knowledge.

*Ana Almonte*
ANA I. ALMONTE

Sworn to before me this
22nd day of November 2005

*[signature]*
NOTARY PUBLIC

JEREMY GUIMAN
Notary Public, State of New York
No. 4898287
Qualified in Westchester County
Term Expires May 18, ~~1999~~ 2008