AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

United States of America

v.

All Funds in Acct # XXXXXX2445

**APPEARANCE**

Case Number: 05 Civ. 9105

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America, Plaintiff

I certify that I am admitted to practice in this court.

December 7, 2005
Date

*(signature)*
Signature

AUSA Lisa Korologos   LPK-2199
Print Name   Bar Number

U.S. Attorney's Office, One St. Andrews Plaza
Address

New York, NY 10007
City   State   Zip Code

(212) 637-2406   (212) 637-0421
Phone Number   Fax Number