UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,

                          Plaintiff,                          05 Cv. 9105 (WHP)

        -against-

ANY AND ALL FUNDS IN ACCOUNT          NOTICE OF MOTION
NOS. 0720002445, et al.,

                       Defendants-in-Rem,


-----------------------------------------------------X

        PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and

all prior papers and proceedings, claimant ANA I. ALMONTE will move this Court,

before the Honorable William H. Pauley, III, District Judge, on January 6, 2006, at 9:30

a.m., or as soon thereafter as counsel may be heard, at the United States Court House, 500

Pearl Street, New York, New York, for an order dismissing the verified complaint *in rem*

pursuant to Rule E(2)(a) of the Supplemental Rules for Certain Admiralty and Maritime

Claims and Rule 9(b) of the Federal Rules of Civil Procedure, and granting such other

and further relief as the Court may deem just and proper.

                                Yours, etc.


                                IVAN S. FISHER
                                251 East 61st Street
                                New York, New York 10021
                                (212) 486-0001
                                *Attorney for Claimant*
                                *Ana I. Almonte*

Dated:      New York, New York
            December 12, 2005


TO:         Clerk, United States District Court
            Southern District of New York (by ECF)

            Lisa A. Podewils-Korologos
            *Assistant United States Attorney* (by ECF)