UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,                          :

                     Plaintiff,             :         05 Civ. 9105 (WHP)

              -against-              :         ORDER

ANY AND ALL FUNDS IN ACCOUNT NOS. :
XXXXXX2445 AND XXXXXX3230 et al.,
                                          :
                Defendants-in rem.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Rule 3A of this Court's Individual Practices requires a pre-motion conference with the Court prior to making any motions, except in circumstances not applicable here. In violation of this Rule, claimant Ana I. Almonte filed a motion to dismiss the Complaint. Accordingly, the Clerk of the Court is directed to strike the claimant's Notice of Motion and supporting papers (Docket Nos. 5 and 6) from the docket in this action and return said documents to counsel by mail.

Dated:    December 15, 2005
             New York, New York

                                            SO ORDERED:

                                            WILLIAM H. PAULEY III
                                                      U.S.D.J.

*Counsel of Record*:

Lisa Korologos, Esq.
Assistant United States Attorney
United States Attorney's Office
One St. Andrew's Plaza
New York, NY 10007
*Counsel for Plaintiff*

Ivan S. Fisher, Esq.
251 East 61st Street
New York, NY 10021
*Counsel for Claimant Ana I. Amonte*