```
          JAN 03 2006
         CHAMBERS OF
       WILLIAM H. PAULEY III
              U.S.D.J.
```

**IVAN STEPHAN FISHER**
ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/06
```

IVAN STEPHAN FISHER
LUCAS E. ANDINO

KENNETH M. TUCCILLO
Of Counsel

Tel.: (212) 517-5000
Fax: (212) 486-7701

January 3, 2006

**By Fax Number 212-805-6390**

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
Room 2210
New York, New York 10007

*The conference scheduled for January 4, 2006 is cancelled.*

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
1/3/06

Re: United States v. Any and All Funds in Account Nos. 0720002445, et al.
    05 Civ. 9105 (WHP)

Dear Judge Pauley:

After conferring with the government and your Honor's clerk, I am writing to advise the Court that we have determined not to submit the motion on behalf of claimant Ana I. Almonte referred to in our letter to the Court dated December 20, 2005. Accordingly, the pre-motion conference scheduled for tomorrow at 10:00 a.m. is no longer necessary, and it is our understanding that an appearance will not be required.

Additionally, I wish to advise the Court that the parties are discussing the possibility of jointly seeking a stay of the present proceeding pending adjudication of the parallel criminal proceedings against Ms. Almonte. We have agreed with the government that, within 20 days of today's date (and prior to the conference scheduled for January 27, 2005), we will either file an answer to the complaint, or notify the Court of an agreement to seek a stay.

Respectfully,

Ivan S. Fisher
Attorney for Claimant
Ana I. Almonte

cc: Lisa Korogolos, Esq.