| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>05 Civ.9105 |
|---|---|
| DEFENDANT<br>Any and all Funds in Acct...I/N/O Larimar Pharmacy | TYPE OF PROCESS<br>Publication |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Sandy Moo, USMS

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

500 Pearl Street, New York, New York 10007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007-1703
ATTENTION: Karyn Leon-Matovick

Number of process to be served with this Form -
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED 2005 NOV 21 PM 4:43 U.S. MARSHALS SERVICE SOUTHERN NEW YORK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):*

Please publish the following notice of publication in a newspaper of general circulation for three consecutive weeks.

USAO# 2005V03278

CATS#06-FBI-000133, 134, 135, 138    Please return to FSA Paralegal
                                      Karyn Leon-Matovick, 212-637-2495

| Signature of Attorney or other Originator requesting service on behalf of:<br>*Vincent Tortorella /KLM*<br>AUSA VINCENT TORTORELLA | x PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>212-637-2606 | DATE<br>11/10/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk<br>*Sandy Moo* | Date<br>11/21/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Address *(complete only if different than shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service 1/25/06  Time am/pm

Signature of U.S. Marshal or Deputy *Sandy Moo*

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:**
1/25/06 - Notice was published in the New York Law Journal on November 30, December 7 & 14, 2005. (copy attached)

| PRIOR EDITIONS MAY BE USED | ORIGINAL | FORM USM-285 |
|---|---|---|

U.S. ATTORNEY COPY

**STATE OF NEW YORK**
*County of New York,*  s.:

**MISCELLANEOUS**

USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING — Rev. 11/94 — UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF NEW YORK
On October 25, 2005, the United States of America commenced a civil action demanding forfeiture thereof under the provision of 18 U.S.C. §§981 and 984, for Any and all funds in account nos. 0720002445 and 0790003230, in the name of Larimar Pharmacy, held at Ponce De Leon Federal Bank, or any account(s) to which said contents have been transferred, any and all funds in account no. 498-0008703-65 in the name of Ana Almonte, held at JP Morgan Chase, or any account(s) to which said contents have been transferred, Any and all funds in account nos. 716631100 and 71663020, in the name of Ana Almonte, and nos. 3287334 and 44773742 in the name of Larimar Pharmacy, held at Citibank, or any account(s) to which said contents have been transferred, Any and all funds in account nos. 1804752128 and 1804752136, in the name of Larimar Pharmacy, held at Washington Mutual Bank, or any account(s) to which said contents have been transferred;
Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with the Supplemental Rules for Certain Admiralty and Maritime claims with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by January 13, 2006, which is 30 days after the last publication of this action or within such additional time as may be allowed by the court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.
Dated: New York, New York, November, 2005
MICHAEL J. GARCIA
U.S. Attorney/SDNY
JOSEPH R. GUCCIONE
U.S. Marshall/SDNY
611218         n30-W d14

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** in each week for 3 successive weeks, commencing on the 30th day of November, 2005.

TO WIT:  NOVEMBER 30, 2005 DECEMBER 7, 14, 2005

SWORN TO BEFORE ME, this 14th day
Of December, 2005.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 06, 2009

RECEIVED 2006 JAN 24 PM 5: 28 U.S. MARSHALS SERVICE SOUTHERN NEW YORK