**IVAN STEPHAN FISHER**
ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

IVAN STEPHAN FISHER
LUCAS E. ANDINO

KENNETH M. TUCCILLO
Of Counsel

Tel.: (212) 517-5000
Fax: (212) 486-7701

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/06

[Stamp: JAN 26 2006 CHAMBERS OF WILLIAM H. PAULEY III]

January 26, 2006

By Fax Number 212-805-6390

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
Room 2210
New York, New York 10007

*Application granted. The conference is canceled.*

**SO ORDERED:**

[signature]
WILLIAM H. PAULEY III U.S.D.J.
1/26/06

Re:  United States v. Any and All Funds in Account Nos. 0720002445, et al.
     05 Civ. 9105 (WHP)

Dear Judge Pauley:

I am writing to notify the Court that we have agreed with the government to stay the present proceeding pending adjudication of the parallel criminal proceedings against our client, Ana I. Almonte. We are working with the government to prepare a stipulation to that effect, which will be submitted to the Court as soon as its terms have been agreed upon and it is executed.

In view of this development, the parties agree that there is no need for the conference with the Court that is scheduled for 10:00 a.m. tomorrow morning, and we request that the conference be canceled.

Respectfully,

[signature]
Ivan S. Fisher
*Attorney for Claimant*
*Ana I. Almonte*

IVAN STEPHAN FISHER

Honorable William H. Pauley III
January 26, 2006
Page 2

cc.: Lisa Korologos, Esq.
    *Assistant United States Attorney* (by fax number 212-637-0421)