UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                    :

               Plaintiff,        :          05 Civ. 9105 (WHP)

       -against-                :          ORDER

ANY AND ALL FUNDS IN ACCOUNT NOS.   :
XXXXXX2445 AND XXXXXX3230 et al.,
                       :

          Defendants-in rem.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

          Counsel are directed to submit a joint letter to the Court reporting on the status of

this action by April 27, 2007.

Dated:     April 17, 2007
           New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                            U.S.D.J.

*Counsel of Record*:

Lisa Korologos, Esq.
Assistant United States Attorney
United States Attorney's Office
One St. Andrew's Plaza
New York, NY  10007
*Counsel for Plaintiff*

Ivan S. Fisher, Esq.
251 East 61st Street
New York, NY  10021
*Counsel for Claimant Ana I. Amonte*