UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                      :

                    Plaintiff,       :          05 Civ. 9105 (WHP)

          -against-                :          <u>ORDER</u>

ANY AND ALL FUNDS IN ACCOUNT NOS. :
XXXXXX2445 AND XXXXXX3230 et al.,

                         :

            Defendants-in rem.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

          Counsel are directed to submit a joint letter to the Court reporting on the status of

this action by June 29, 2007.

Dated:     June 15, 2007
           New York, New York

                               SO ORDERED:

                                     WILLIAM H. PAULEY III
                                        U.S.D.J.

*Counsel of Record*:

Lisa Korologos, Esq.
Assistant United States Attorney
United States Attorney's Office
One St. Andrew's Plaza
New York, NY  10007
*Counsel for Plaintiff*

Ivan S. Fisher, Esq.
251 East 61st Street
New York, NY  10021
*Counsel for Claimant Ana I. Amonte*