MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY: SHARON COHEN LEVIN(SL-4124)
One St. Andrew's Plaza
New York, New York  10007
Tel. No. (212) 637-1060

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA,           :
                                    :    STIPULATION AND ORDER
            -v-                     :
                                    :    05 Civ. 9105 (WHP)
ANY AND ALL FUNDS IN ACCOUNT        :
NOS. ████2445 AND ████3230,         :
IN THE NAME OF ANA ALMONTE, AND     :
NOS. ████2991 AND ████3007 IN       :
THE NAME OF LARIMAR PHARMACY, HELD  :
AT PONCE DE LEON FEDERAL BANK, OR   :
ANY ACCOUNT(S) TO WHICH SAID        :
CONTENTS HAVE BEEN TRANSFERRED,     :

ANY AND ALL FUNDS IN ACCOUNT        :
NO. ████████03-65 IN THE NAME OF    :
ANA ALMONTE, HELD AT JP MORGAN      :
CHASE, OR ANY ACCOUNT(S) TO         :
WHICH SAID CONTENTS HAVE BEEN       :
TRANSFERRED,                        :
                                    :
ANY AND ALL FUNDS IN ACCOUNT NOS.   :
████3100 AND ████3020, IN THE NAME  :
OF ANA ALMONTE, AND NOS. ████7334   :
AND ████3742 IN THE NAME OF         :
LARIMAR PHARMACY, HELD AT           :
CITIBANK, OR ANY ACCOUNT(S) TO      :
WHICH SAID CONTENTS HAVE BEEN       :
TRANSFERRED,                        :

ANY AND ALL FUNDS IN ACCOUNT NOS.   :
████2128 AND ████2136, IN           :
THE NAME OF LARIMAR PHARMACY,       :
HELD AT WASHINGTON MUTUAL BANK,     :
OR ANY ACCOUNT(S) TO WHICH SAID     :
CONTENTS HAVE BEEN TRANSFERRED,     :
                                    :
            Defendants-in-rem.      :
------------------------------------x

[Stamp: JUN 27 2007]

WHEREAS, on or about October 21, 2005, the Honorable United States Magistrate Judge Theodore H. Katz issued a warrant pursuant to 18 U.S.C. §§ 981 and 984 for the seizure of, <u>inter alia</u>, any and all funds in the above-described bank accounts (the "defendant accounts"), on the ground that there was probable cause to believe that such funds are subject to forfeiture to the United States under 18 U.S.C. § 981(a)(1)(A) and (C);

WHEREAS, on or about October 25, 2005, Plaintiff United States of America, by its attorney Michael J. Garcia, United States Attorney for the Southern District of New York, filed a complaint seeking the forfeiture of the defendant accounts pursuant to 18 U.S.C. §§ 981 and 984;

WHEREAS, on or about November 14, 2005, Indictment 05 Cr. 1198 (NRB) was filed, charging Ana I. Almonte, among others, with conspiring to defraud the Medicaid program in violation of 18 U.S.C. §§ 24, 1347, and 1349 (the "Almonte Criminal Case");

WHEREAS, on or about November 18, 2005, Ana I. Almonte (the "Claimant"), by her attorney, Ivan S. Fisher, Esq., filed a verified statement of interest to the defendant accounts;

WHEREAS, on or about January 25, 2006, the Government filed a Bill of Particulars in the Almonte Criminal Case, specifically including the defendant accounts in the forfeiture allegation of Indictment 05 Cr. 1198 (NRB) as forfeitable proceeds of federal health care fraud and property traceable to such proceeds;

WHEREAS, on or about January 26, 2006, the Court granted a stipulation and order to stay the civil forfeiture proceeding to allow the criminal prosecution to proceed;

WHEREAS, on or about November 7, 2006, Ana I. Almonte pled guilty to all counts of the Indictment and agreed to forfeit the defendant accounts;

WHEREAS, on or about June 4, 2007, Ana I. Almonte was sentenced and ordered to forfeit the defendant accounts;

WHEREAS, since the forfeiture of the defendant accounts will be fully litigated in the pending criminal matter, <u>United States</u> v. <u>Ana I. Almonte, et al.</u>, 05 Cr. 1198 (NRB), the parties have agreed that this civil matter should be dismissed without prejudice and without costs to either party;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff United States of America for the Southern District of New York and the Claimant Ana I. Almonte, by her attorney, Ivan S. Fisher, Esq.,

This civil action should be dismissed without prejudice and without costs.

**CONSENTED AND STIPULATED TO:**

Date: June **21**, 2007

MICHAEL G. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the Plaintiff

By: _____
SHARON COHEN LEVIN
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
212-637-1060

ANA I. ALMONTE
Claimant

By: _____
IVAN S. FISHER, ESQ.
Attorney for Ana I. Almonte
251 East 61st Street
New York, New York 10021

**SO ORDERED:**

_____
HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT COURT JUDGE
7/12/07